# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS LONGO,<br><br>Defendant. | PO-25-5115 -GF-JTJ<br><br>VIOLATION:<br>E2029824<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to dismiss violation E2029824 and for good cause shown,

**IT IS ORDERED** that violation E2029824 is **DISMISSED**.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 26, 2025, is **VACATED.**

DATED this 25th day of September, 2025.

_____
Brian Morris, Chief District Judge
United States District Courts